IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASHLEY VINCENT DAVID,

    Plaintiff,

  v.

TYNEIA G MERRITT, ET AL.,

    Defendants

                                  /

No. C 12-00672 CRB

**JUDGMENT**

    Having granted the Defendants' motions to dismiss, the Court hereby enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: June 12, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\672\Judgment.wpd