IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY VINCENT DAVID,<br><br>　　　Plaintiff,<br><br>　v.<br><br>TYNEIA G MERRITT, ET AL.,<br><br>　　　Defendants_____/ | No. C 12-00672 CRB<br><br>**JUDGMENT** |

　　　Having granted the Defendants' motions to dismiss, the Court hereby enters judgment in favor of Defendants and against Plaintiff.

　　　**IT IS SO ORDERED.**

Dated: June 12, 2012

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\672\Judgment.wpd